# REDACTED COPY

FILED

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

2016 JN 15  AM 10: 55

WESTERN DISTRICT OF TEXAS
U.S. CLERK'S OFFICE

BY:_____
DEPUTY



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CAUSE NO.: |
| | § | |
| | § | **I N D I C T M E N T** |
| | § | |
| | § | [COUNT ONE-Vio: 18 U.S.C. § |
| v. | § | 2252A(a)(2)(A), Distribution of Child |
| | § | Pornography; COUNT TWO-Vio: 18 |
| | § | U.S.C. § 2252A(a)(5)(B), Possession of |
| | § | Child Pornography; COUNT |
| | § | THREE-Vio: 18 U.S.C. § |
| TIMOTHY ROBERT BEASLEY | § | 2252A(a)(2)(A), Receipt of Child |
| | § | Pornography.] |

# DR 16 CR 0823

THE GRAND JURY CHARGES:

## COUNT ONE
[18 U.S.C. §2252A(a)(2)(A) and (b)(1)]

Between on or about October 19, 2015 until on or about December 15, 2015, in the

Western District of Texas, Defendant,

### TIMOTHY ROBERT BEASLEY,

knowingly distributed any child pornography, as defined in Title 18, United States Code, Section

2256(8)(A), that has been shipped or transported in or affecting interstate or foreign commerce, by

any means including by computer, in violation of 18 U.S.C. § 2252A(a)(2)(A) and (b)(1).

## COUNT TWO
[18 U.S.C. § 2252A(a)(5)(B) and (b)(2)]

Between on or about October 19, 2015 until on or about December 15, 2015, in the

Western District of Texas, Defendant,

TIMOTHY ROBERT BEASLEY,

knowingly possessed material that contained an image of child pornography, as defined in Title

18, United States Code, Section 2256(8)(A) of a prepubescent minor and a minor who had not

attained 12 years of age that has been mailed, shipped or transported in or affecting interstate or

foreign commerce, to wit: the internet, or that was produced using materials that have been mailed,

shipped or transported in or affecting interstate or foreign commerce by any means including by

computer, in violation of 18 U.S.C. § 2252A(a)(5)(B) and (b)(2).


## COUNT THREE
[18 U.S.C. §2252A(a)(2)(A) and (b)(1)]

Between on or about October 19, 2015 until on or about December 15, 2015, in the

Western District of Texas, Defendant,

TIMOTHY ROBERT BEASLEY,

knowingly received any child pornography, as defined in Title 18, United States Code, Section

2256(8)(A), that has been shipped or transported in or affecting interstate or foreign commerce, by

any means including by computer, in violation of 18 U.S.C. § 2252A(a)(2) and (b)(1).


## NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE

### I.
### Forfeiture Statutes Relating to Sexual Exploitation of Children
[Title 18 U.S.C. §§ 2252A(a)(5)(B) subject to forfeiture pursuant to Title 18 U.S.C. § 2253(a)]

As a result of the foregoing criminal violations set forth in Counts One, Two and Three,

which are punishable by imprisonment for more than one year, the United States gives notice that

it intends to forfeit specific property from Defendant, TIMOTHY ROBERT BEASLEY.  Said

Defendant shall forfeit any and all right, title, and interest in said property to the United States pursuant to Title 18 U.S.C. § 2253(a), which states:

> **§ 2253. Criminal forfeiture**
> **(a) Property subject to criminal forfeiture. -** A person who is convicted of an offense under this chapter involving a visual depiction described in section . . . 2251, 2251A, 2252, 2252A . . . of this chapter . . . shall forfeit to the United States such person's interest in-
> > **(1)** any visual depiction described in section 2251, 2251A, or 2252, 2252A . . . of this chapter . . . which was produced, transported, mailed, shipped or received in violation of this chapter;
> > **(2)** any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and
> > **(3)** any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

This Notice of Demand for Forfeiture includes but is not limited to the following:

**Any computer, hard drive, cell phone, electronic device, CD, DVD, or other property used or intended to be used to commit or promote the violations described above.**

A TRUE BILL.

FOREPERSON

RICHARD L. DURBIN, JR.
United States Attorney

By: _____
MATTHEW H. WATTERS
Assistant United States Attorney

**DR16CR0823**

SEALED:
UNSEALED: XX

## PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: <u>VAL VERDE</u>          USAO #: <u>2016R09040</u>

DATE: <u>JUNE 15, 2016</u>          MAG. CT. #: <u>DR16-5403M</u>

AUSA: <u>MATTHEW H. WATTERS</u>

DEFENDANT: <u>TIMOTHY ROBERT BEASLEY</u>

CITIZENSHIP: <u>UNITED STATES</u>

INTERPRETER NEEDED:  <u>NO</u>    LANGUAGE: <u>ENGLISH</u>

DEFENSE ATTORNEY: <u>MARIA ESTHER CHIN</u>

ADDRESS OF ATTORNEY: <u>2205 VETERANS BLVD., A-2, DEL RIO, TEXAS 78840</u>

DEFENDANT IS: <u>DETAINED</u>          DATE OF ARREST: <u>MAY 20, 2016</u>

BENCH WARRANT NEEDED: <u>NO</u>

PROBATION OFFICER: <u>N/A</u>

NAME AND ADDRESS OF SURETY: <u>N/A</u>

YOUTH CORRECTIONS ACT APPLICABLE: <u>NO</u>

PROSECUTION BY: <u>INDICTMENT</u>

OFFENSE: (Code & Description): <u>COUNTS ONE AND THREE: Vio: 18 U.S.C. § 2252(a)(2) - DISTRIBUTION / RECEIPT OF CHILD PORNOGRAPHY; COUNT TWO: Vio: 18 U.S.C. § 2252(a)(5)(B) – POSSESSION OF CHILD PORNOGRAPHY.</u>

OFFENSE IS A: <u>FELONY</u>.

MAXIMUM SENTENCE: <u>COUNTS ONE AND THREE: FOR EACH COUNT, A MINIMUM OF FIVE (5), MAXIMUM OF 20 YEARS CONFINEMENT; UP TO $250,000 FINE; NOT LESS THAN FIVE YEARS, BUT UP TO A LIFETIME OF SUPERVISED RELEASE; AND A $100 SPECIAL ASSESSMENT. COUNT TWO: A MAXIMUM OF 20 YEARS CONFINEMENT; UP TO $250,000 FINE; NOT LESS THAN FIVE YEARS, BUT UP TO A LIFETIME OF SUPERVISED RELEASE; AND A $100 SPECIAL ASSESSMENT.</u>

PENALTY IS MANDATORY:          Yes <u>XX</u>    No <u>___</u>

REMARKS: <u>See above</u>

WDTX-Cr-3